IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as New Jersey Attorney General; MICHAEL FEUER, in his official capacity as Los Angeles City Attorney; ANDREW CUOMO, in his official capacity as New York Governor; MATTHEW DENN, in his official capacity as Attorney General of the State of Delaware; JOSH SHAPIRO, in his official capacity as Attorney General of Pennsylvania; and THOMAS WOLF, in his official capacity as Pennsylvania Governor, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | Case No. 1:18-CV-637-RP <br><br> **Plaintiffs' Notice of Supplemental Authority** |

---

Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. file this notice of supplemental authority regarding their motion for a preliminary injunction, Dkt. 67.

The judicial estoppel doctrine applies to both "factual" and "legal" positions, *Rep. of Ecuador v. Connor*, 708 F.3d 651, 656 (5th Cir. 2013), and positions taken "necessarily, although implicitly." *Bruce Lee Enters., LLC v. A.V.E.L.A., Inc.*, No. 10 CIV. 2333 LTS, 2011 WL 1327137, at *3 (S.D.N.Y. Mar. 31, 2011). The judicial estoppel doctrine applies to positions about personal jurisdiction. *E.g.*, *Henry Law Firm v. Cuker Interactive, LLC*, No. 5:18-CV-5066, 2018 WL 3025959, at *6 (W.D. Ark. June 18, 2018).

Date: January 15, 2019

Respectfully submitted,

BECK REDDEN LLP
By /s/ Chad Flores
Chad Flores*
cflores@beckredden.com
State Bar No. 24059759
Daniel N. Hammond*
Texas State Bar No. 24098886
dhammond@beckredden.com
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700 | (713) 952-3720 (fax)

FARHANG & MEDCOFF
Matthew Goldstein*
mgoldstein@fmlaw.law
D.C. Bar No. 975000
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
(202) 550-0040 | (520) 790-5433 (fax)

Josh Blackman
joshblackman@gmail.com
Virginia Bar No. 78292
1303 San Jacinto Street
Houston, TX 77002
(202) 294-9003 | (713) 646-1766 (fax)

*Admitted *pro hac vice*

Attorneys for Plaintiffs Defense Distributed and Second Amendment Foundation, Inc.

3

## CERTIFICATE OF SERVICE

On January 15, 2019, I served this filing on the following persons via CM/ECF:

    Counsel for Defendants Gurbir S. Grewal and Matthew Denn
    Ronald Casey Low
    Kenneth W. Taber
    Benjamin D. Tievsky

    Counsel for Defendant Michael Feuer
    Connie K. Chan
    James P. Clark
    Michael M. Walsh
    Jason P. Steed

    Counsel for Defendants Josh Shapiro and Thomas Wolf
    J. David Cabello
    John D. Kimball

    Counsel for Defendant Andrew Cuomo
    Pete Marketos
    Tyler Bexley

    Counsel for Plaintiffs
    Chad Flores
    Daniel N. Hammond
    Matthew A. Goldstein
    Joshua Michael Blackman

/s/ *Chad Flores*
Chad Flores