IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC.,<br><br>*Plaintiffs,*<br><br>vs.<br><br>GURBIR GREWAL, in his official capacity as the State of New Jersey's Attorney General, et al.,<br><br>*Defendants.* | Case No. 1:18-CV-637 |

# **DEFENDANT GURBIR S. GREWAL'S RESPONSE TO PLAINTIFFS' PRELIMINARY INJUNCTION HEARING QUESTION**

Defendant Gurbir S. Grewal, the Attorney General of the State of New Jersey (the "NJAG"), respectfully submits this response to the question posited by Plaintiffs' counsel at the close of the Preliminary Injunction hearing that occurred on January 15, 2019. Specifically, Plaintiffs' counsel asked for a commitment by the NJAG or its counsel whether—in light of the federal law at issue in the *Washington* matter—the New Jersey statute prohibited the mailing of files to residents in New Jersey. *Washington v. U.S. Dep't of State, et al.*, 318 F. Supp. 3d 1247, 1264 (W.D. Wash. 2018).

Defendant NJAG represents that if files that fall under the definition of "digital firearms information" in Section 3(l)(2) were mailed to a New Jersey resident, that conduct could violate the New Jersey statute. *See* N.J. Stat. Ann. § 2C:39-9 3(l)(2). Based on Defense Distributed's representations, it is not currently mailing files to New Jersey residents. The NJAG cannot determine whether Defense Distributed's hypothetical mailings would violate the statute without more information regarding the material being mailed, the recipient, or other questions that may arise. (Second Mot. TRO, Dkt. 66, at 6; Heindorff Decl., Dkt. 65-26, at 44).

DATED: January 18, 2019

Respectfully submitted,

Pillsbury Winthrop Shaw Pittman LLP
BY: */s/ Casey Low*
    Casey Low
    Texas Bar No. 24041363
    401 Congress Ave., Suite 1700
    Austin, Texas 78701-4061
    Phone:  (512) 580-9600
    Fax:     (512) 580-9601
    casey.low@pillsburylaw.com

    Kenneth W. Taber (admitted *pro hac vice*)
    Benjamin D. Tievsky (admitted *pro hac vice*)
    Pillsbury Winthrop Shaw Pittman, LLP
    1540 Broadway
    New York, NY 10036
    212-858-1813
    Fax: 212-858-1500
    kenneth.taber@pillsburylaw.com
    benjamin.tievsky@pillsburylaw.com

    Attorneys for Defendant GURBIR S. GREWAL

OF COUNSEL:

Lorraine Karen Rak
Melissa Medoway
Jeremy Feigenbaum
New Jersey Attorney General's Office
124 Halsey Street
5th Floor
Newark, NJ 07102

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Casey Low*
Casey Low