

# State of New Jersey

| PHILIP D. MURPHY | OFFICE OF THE ATTORNEY GENERAL | GURBIR S. GREWAL |
| *Governor* | DEPARTMENT OF LAW AND PUBLIC SAFETY | *Attorney General* |
| | DIVISION OF LAW | |
| SHEILA Y. OLIVER | 25 Market Street | MICHELLE L. MILLER |
| *Lt. Governor* | P.O. Box 112 | *Director* |
| | Trenton, NJ 08625 | |

April 28, 2021

**Via CM/ECF & Regular Mail**
Hon. Anne E. Thompson, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

    **Re:**   **Defense Distributed, et al. v. Gurbir Grewal**
        **Docket No.: 3:19-cv-4753-AET-TJB**

        **Defense Distributed, et al. v. Gurbir Grewal**
        **Docket No.: 3:21-cv-9867-MAS-TJB**

Dear Judge Thompson:

  This office represents Defendant Gurbir S. Grewal, Attorney General of New Jersey, in the above-captioned matters. Enclosed please find a courtesy copy of Defendant's Motion for Consolidation of *Defense Distributed, et al. v. Gurbir Grewal*, No. 3:21-cv-9867, with *Defense Distributed, et al. v. Gurbir Grewal*, No. 3:19-cv-4753. Pursuant to Local Rule 42.1, the motion was electronically filed in the case bearing the earlier docket, No. 3:19-cv-4753, and a copy of this cover letter only is being filed in the newer filed docket, No. 3:21-cv-9867.

  Our office is available for a conference if it would be helpful to the Court. Thank you for Your Honor's attention to this matter.

        Respectfully submitted,

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Tim Sheehan
       Tim Sheehan
       Deputy Attorney General

/encls.

cc:   Hon. Michael A. Shipp, U.S.D.J.
       All counsel of record (via CM/ECF)