

*State of New Jersey*

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | 25 Market Street<br>P.O. Box 112<br>Trenton, NJ 08625 | MICHELLE L. MILLER<br>*Director* |

May 18, 2021

**Via CM/ECF**
Hon. Michael A. Shipp, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

      **Re:** **Defense Distributed, et al. v. Gurbir Grewal**
            **Docket No.: 3:21-cv-9867-MAS-TJB**

Dear Judge Shipp:

      This office represents Defendant Gurbir S. Grewal, Attorney General of New Jersey, in the above-captioned matter. We write to request that the current May 19, 2021 deadline to answer or respond to the Complaint be held in abeyance until a decision on the Attorney General's pending motion to consolidate this action with *Defense Distributed v. Grewal*, No. 3:19-cv-4753-AET-TJB, which is returnable June 7, 2021. The May 19 date was set by a November 25, 2020 text order of the Western District of Texas extending the deadline to 30 days after its decision on a Motion to Sever and Transfer the case to this District, which was granted April 19, 2021. *See Defense Distributed v. Grewal*, No. 18-cv-637 (W.D. Tex.). This is the first such request for an extension in this matter. Plaintiffs have advised they do not consent to the request.

      Per my telephone conversation with Your Honor's law clerk this afternoon, our office is available for a conference with Your Honor or the magistrate judge if it would be helpful to the Court. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Tim Sheehan
     Tim Sheehan
     Deputy Attorney General

cc: All counsel of record (via CM/ECF)