## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CHAMBERS OF**<br>**ANNE E. THOMPSON**<br>JUDGE | | **U.S. COURTHOUSE**<br>**402 E. STATE STREET**<br>**ROOM 4000**<br>**TRENTON, NJ 08608**<br>**(609) 989-2123** |

### LETTER ORDER

To: All Parties and Counsel
Re: *Defense Distributed, et al. v. Gurbir Grewal* (Civ. Nos. 19-4753, 21-9867)

July 1, 2021

Dear Parties and Counsel,

    I am in receipt of Defendant's letter requesting a status conference in this matter. (ECF No. 45.) In light of the Fifth Circuit's recent Order staying the transfer order of the District Court for the Western District of Texas (*see Defense Distributed v. Grewal*, No. 21-50327 (5th Cir. Apr. 23, 2021), Document No. 00515911277), I believe that a status conference is unnecessary at this time. Upon further guidance from the Fifth Circuit, the Court will set a status conference as appropriate.

Very truly yours,

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.