

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | MATTHEW J. PLATKIN<br>*Acting Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

April 22, 2022

<u>Via CM/ECF</u>
Hon. Freda L. Wolfson, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State St.
Trenton, NJ 08608

        Re:   *Defense Distributed, et al. v. Gurbir Grewal*,
                **Civil Action Nos. 19-cv-4753 & 21-cv-9867 (Consolidated)**

Dear Chief Judge Wolfson,

      Defendants submit this letter requesting clarification of the Court's Text Order (ECF 51) directing the parties to simultaneously submit position papers regarding retransfer of this consolidated matter to the Western District of Texas by May 6, 2022. Is the Court requesting that the parties propose the next procedural steps (including a briefing schedule), or would the Court like the parties to submit their substantive briefing by May 6, 2022? If the latter, Defendants respectfully ask that the deadline for submission be moved to May 13, both because of this office's workload in several time-sensitive matters before the Third Circuit in the intervening time period and because there is a pending petition for rehearing en banc in the Fifth Circuit as to the panel decision regarding retransfer in this case. Finally, Defendants request clarification as to the length limitations of the submissions.



124 Halsey Street • TELEPHONE: (973) 877-1280 • FAX: (973) 648-4887
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Thank you for Your Honor's attention to this matter.

        Respectfully submitted,

        MATTHEW J. PLATKIN
        ACTING ATTORNEY GENERAL
        OF NEW JERSEY

By:   /s/ Angela Cai
       Angela Cai
       Deputy State Solicitor

cc:   All counsel of record (via CM/ECF)