# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Defense Distributed, *et al.* | No. 3:19-cv-4753 |
| *Plaintiffs*, | |
| v. | |
| Matthew J. Platkin, New Jersey Attorney General, | |
| *Defendant*. | |

## Certificate of Service

| | |
|---|---|
| BECK REDDEN LLP | HARTMAN & WINNICKI, P.C. |
| Chad Flores | Daniel L. Schmutter |
| cflores@beckredden.com | dschmutter@hartmanwinnicki.com |
| 1221 McKinney Street, Suite 4500 | 74 Passaic Street |
| Houston, Texas 77010 | Ridgewood, New Jersey 07450 |
| (713) 951-3700 | (201) 967-8040 |

I, **DANIEL L. SCHMUTTER, ESQ.**, hereby certify as follows:

1.      I am an attorney at law admitted to practice before this Court and am a member of the firm of Hartman & Winnicki, P.C., attorneys for Plaintiffs in the above-captioned matter.  On May 5, 2023, I electronically filed and served Plaintiffs' Third Amended Complaint on counsel of record on behalf of Plaintiffs.  I declare under penalty of perjury that the foregoing is true and correct.

> By: s/ Daniel L. Schmutter, Esq.
> Dated: January 23, 2023
> Daniel L. Schmutter, Esq.
> **HARTMAN & WINNICKI, P.C.**
> 74 Passaic Street
> Ridgewood, New Jersey 07450
> Phone: (201) 967-8040
> Fax:    (201) 967-0590
> dschmutter@hartmanwinnicki.com
> *Attorneys for Plaintiffs*