UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DEFENSE DISTRIBUTED *et al.*,

    Plaintiffs,

v.

MATTHEW J. PLATKIN, Attorney General of the State of New Jersey,

    Defendant.

Civil Action No. 21-9867 (MAS) (TJB)

**ORDER**

This matter comes before the Court upon Plaintiffs Defense Distributed and Second Amendment Foundation, Inc.'s (collectively, "Plaintiffs") Motion to Transfer or Stay. (ECF No. 176.) Defendant Matthew J. Platkin, the Attorney General of New Jersey ("Defendant") opposed (ECF No. 177), and Plaintiffs replied (ECF No. 178). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS,** on this <u>14th</u> day of June 2023, **ORDERED** as follows:

1. Plaintiffs' Motion to Transfer or Stay (ECF No. 176) is **DENIED.**

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**