UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Defense Distributed,<br>Second Amendment Foundation, Inc.,<br>*Plaintiffs*,<br><br>v.<br><br>Matthew J. Platkin, New Jersey Attorney General,<br>*Defendant*. | No. 3:21-cv-9867 |

**Plaintiffs' Notice of Appeal**

All Plaintiffs appeal to the United States Court of Appeals for the Third Circuit from the Documents 188 and 189 decision and order of September 29, 2023, and the document 190 order of November 2, 2023.

Date: November 16, 2023

FLORES LAW PLLC
Chad Flores
cf@chadfloreslaw.com
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 893-9440

Respectfully submitted,

HARTMAN & WINNICKI, P.C.
s/ Daniel L. Schmutter
Daniel L. Schmutter
dschmutter@hartmanwinnicki.com
74 Passaic Street
Ridgewood, New Jersey 07450
(201) 967-8040

Counsel for Plaintiffs