**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| DEFENSE DISTRIBUTED *et al.*,<br><br>              Plaintiff,<br>    v.<br><br>JENNIFER DAVENPORT, in her official capacity as Attorney General of New Jersey,[1]<br><br>      Defendant. | Case No. 3:21-cv-09867<br><br>**ORDER** |

WHEREAS, on February 12, 2026, the U.S. Court of Appeals for the Third Circuit ADJUDGED and ORDERED that the orders of this Court entered October 1, 2023 and November 2, 2023, be AFFIRMED with costs taxed against Plaintiffs, and its mandate was issued on April 20, 2026 (Docket No. 67);

THEREFORE,

IT IS ON THIS _____ day of _____, 20_____

ORDERED that the Judgment of the U.S. Court of Appeals for the Third Circuit be, and the same hereby is, IMPLEMENTED, and that this action is DISMISSED with prejudice.

_____
At Trenton, New Jersey                                     Michael A Shipp, U.S.D.J.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Jennifer Davenport, Attorney General of New Jersey, is automatically substituted as the party-defendant.